UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIMSHON WEXLER,

        Plaintiff,

- against -

EQUIFAX INFORMATION SERVICE, LLC,
ET AL.,

        Defendants.

23-cv-1000 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 21, 2023.

SO ORDERED.

Dated:   New York, New York
       April 5, 2023

                                        John G. Koeltl
                                United States District Judge