UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHIMSHON WEXLER,
                        Plaintiff(s),

                        23 civ 1000 (JGK)

       -against-

EQUIFAX INFORMATION SERVICE, LLC,
                        Defendant(s).
-----------------------------------------------------------X

## ORDER

The matter having been referred to Magistrate Judge Sarah Cave on April 24, 2023, and a civil scheduling order having been entered on April 25, 2023,

The conference scheduled for July 11, 2023, at 3:30pm, before this Court is canceled.

**SO ORDERED.**

                                                         **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 5, 2023