UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIMSHON WEXLER,

                Plaintiff,

-v-

EQUIFAX INFORMATION SERVICE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC and CAPITAL ONE, N.A.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 1000 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised that all claims have been settled (ECF Nos. 40; 42–44), the settlement conference scheduled for today, July, 25, 2023, is CANCELLED, and all case deadlines are ADJOURNED sine die. By **August 24, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jessica G. L. Clarke.

Dated:    New York, New York
            July 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge