UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIMSHON WEXLER<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., TRANS UNION LLC, EQUIFAX INFORMATION SERVICE, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | Civil Action No. 23-cv-01000-JGK-SLC<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and Defendants in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice as to Plaintiff, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

IT IS HEREBY FUTHER AGREED, that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
October 4, 2023

THE LAW OFFICE OF GUS MICHAEL FARINELLA, PC

*/s/ Ryan Gentile*

Ryan Gentile, Esq.
110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Tel: (201) 873-7675
Email: rlg@lawgmf.com
*Attorneys for Plaintiff*

*/s/ Dustin Mansoor*

Dustin Peter Mansoor, Esq.
Seyfarth Shaw
620 8th Avenue
New York, NY 10018

Tel: (212) 218-3391
Email: dmansoor@seyfarth.com
*Attorney for Defendant, Equifax Information Services*

*/s/ Meredith Christian*
Meredith Christian, Esq.
Jones Day
250 Vesey Street
New York, NY 10281
Tel: 708-955-4388
mchristian@jonesday.com
*Attorney for Defendant, Experian Information Solutions, Inc.*

*/s/ Camille Renee Nicodemus*
Camille Renee Nicodemus, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel: 317-363-2400
cnicodemus@schuckitlaw.com
*Attorney for the Defendant, Trans Union, LLC*

*/s/ Blaec C. Croft*
Blaec C. Croft, Esq.
McGuireWoods LLP
260 Forbes Avenue
18th Floor
Pittsburgh, PA 15222
Tel: 412-667-6057
bcroft@mcguirewoods.com
*Attorney for Defendant, Capital One, N.A.*

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 20, 2023
        New York, New York

2